HMK/mjg CH 7969

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SAMSUNG INTERNATIONAL, INC.,
SAMSUNG FIRE & MARINE
INSURANCE COMPANY, LTD.

                Plaintiffs,                08 CV 1805 (RJS)(FM)
                                                              ECF CASE

   -against-

M/V LIBRA MEXICO, her engines,                **RULE 7.1 STATEMENT**
boilers, tackle, etc., AMERICAN PRESIDENT
LINES, LTD.

                Defendants
------------------------------------------------------------------X

      PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFFS' PARENT CORPORATION:   SAMSUNG CORP.

Dated: February 15, 2008

                                        KINGSLEY, KINGSLEY & CALKINS
                                        Attorneys for Plaintiffs

                                        BY:___/S/_____
                                            HAROLD M. KINGSLEY
                                            91 W. Cherry Street
                                            Hicksville, New York 11801
                                            (516) 931-0064