HMK/mb FS 7969

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAMSUNG INTERNATIONAL INC.

                    Plaintiff,                08-CV 1805 (RJS)
                                              ECF CASE

    -against-

M/V LIBRA MEXICO, her engines, boilers,       **ORDER AND STIPULATION**
tackle, etc.                                                      **OF DISMISSAL**

                    Defendant.
------------------------------------------------------------X

       This matter having been settled in all respects, it is hereby dismissed.

Dated:  June 19, 2008

                                                    KINGSLEY, KINGSLEY & CALKINS
                                                    Attorneys for Plaintiff

                                                    BY: _____
                                                    HAROLD M. KINGSLEY
                                                    91 W. Cherry Street
                                                    Hicksville, New York 11801
                                                    (516) 931-0064

SO ORDERED,

_____           Dated:
UNITED STATES DISTRICT JUDGE