HMK/mb FS 7969



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SAMSUNG INTERNATIONAL INC.

                       Plaintiff,             08-CV 1805 (RJS)
                                               ECF CASE

   -against-

M/V LIBRA MEXICO, her engines, boilers,     **ORDER AND** ~~STIPULATION~~
tackle, etc.                                                  **OF DISMISSAL**

                       Defendant.
-----------------------------------------------------------X

      This matter having been settled in all respects, it is hereby dismissed.

Dated: June 19, 2008



                                         KINGSLEY, KINGSLEY & CALKINS
                                         Attorneys for Plaintiff

                                         BY: _____
                                             HAROLD M. KINGSLEY
                                             91 W. Cherry Street
                                             Hicksville, New York 11801
                                             (516) 931-0064

SO ORDERED,

_____ Dated: 6/25/08
UNITED STATES DISTRICT JUDGE

